# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00599-CV

### C. M., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

**FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-FM-20-005059, THE HONORABLE MADELEINE CONNOR, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on October 3, 2022. By request to this Court dated October 12, 2022, Jill Albracht requested an extension of time to file the record.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Jill Albracht is hereby ordered to file the reporter's record in this case on or before October 24, 2022. If the record is not filed by

that date, Albracht may be required to show cause why she should not be held in contempt of court.

It is ordered on October 19, 2022.

Before Justices Goodwin, Baker, and Kelly